THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH ROSS, Appellant, against JOSEPH H. WILSON, as Warden of Great Meadow Prison, Respondent.

Submitted September 30, 1940; decided October 9, 1940.

*Joseph Ross,* in person, for motion.

*John J. Bennett, Jr., Attorney-General* (*Everett D. Mereness* of counsel), opposed.

Motion denied. The written opinions embody the determination of the court upon the only questions which were considered or decided by the court. No question concern-

ing the relator's right to compensation earned was presented by the record, raised by counsel or in any way involved in the appeal. We cannot pass upon it now.